No. 717, Misc. MANFREDONIA *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se.* *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 904, Misc. HOWARD *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Rankin, Acting Assistant Attorney General Ryan* and *Harold H. Greene* for the United States.

No. 932, Misc. ROWAN *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 1040, Misc. COSBY *v.* OHIO. Supreme Court of Ohio. Certiorari denied. *Robert B. Krupansky* for petitioner.

No. 598, Misc. BRAMBLE *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application.

No. 108. MILL RIDGE COAL Co. *v.* PATTERSON, DISTRICT DIRECTOR OF INTERNAL REVENUE, 361 U. S. 816;
No. 839. SMOOT SAND & GRAVEL CORP. *v.* COMMISSIONER OF INTERNAL REVENUE, 362 U. S. 976;
No. 647, Misc. CEPERO *v.* RINCON DE GAUTIER, MANAGER, CITY GOVERNMENT, 362 U. S. 976;
No. 791, Misc. BAKER *v.* UNITED STATES, 362 U. S. 983; and
No. 833, Misc. WILLIAMS *v.* LAVALLEE, WARDEN, 362 U. S. 637. Petitions for rehearing denied.